## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No: 19-22837-CIV-ALTONAGA/Goodman**

| | |
|---|---|
| CHASTIDI CORREA, an individual, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| VERENCA INVESTMENTS INTERNATIONAL INC., a Florida Corporation, | ) ) ) ) |
| Defendant. | ) ) / |

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached an agreement regarding all substantive issues in dispute and have reduced their agreement to writing. The parties are currently in the process of obtaining client signatures which are expected within the next ten (10) days. Upon consummation, the parties intend to stipulate to the dismissal of this action. The parties further request that the Court adjourn all upcoming hearings and deadlines while they finalize their agreement.

Dated: September 20, 2019

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/Louis I. Mussman* . | */s/ Daniel Buigas* . |
| Louis I. Mussman, Esq. | Daniel Buigas, Esq. |
| Florida Bar No. 597155 | Florida Bar No. 98293 |
| KU & MUSSMAN P.A. | daniel@lamelaslaw.com |
| 18501 Pines Blvd. | Gustavo Lamelas, Esq. |
| Suite 209-A | Florida Bar No. 995983 |
| Pembroke Pines, FL 33029 | gus@lamelaslaw.com |

1

| | |
|---|---|
| Tel:  305-891-1322<br>Fax:  305-891-4512<br>louis@kumussman.com<br><br>*Attorneys for Plaintiff* | Lamelas Law, PA<br>2525 Ponce de Leon Blvd., Ste. 300<br>Coral Gables, Florida 33134<br>Tel: (305) 395-4010<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of September, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to the following attorneys of record:

Gustavo Lamelas, Esq.
Daniel Buigas, Esq.
Lamelas Law, PA
2525 Ponce de Leon Blvd., Ste. 300
Coral Gables, Florida 33134

                                        */s/ Louis I. Mussman*
                                        Louis I. Mussman, Esq.