UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 19-22837-CIV-ALTONAGA/Goodman

| | |
|---|---|
| CHASTIDI CORREA, an individual, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| VERENCA INVESTMENTS INTERNATIONAL INC., a Florida Corporation, | ) ) ) ) ) |
| Defendant. | ) ) / |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

Dated: October 2, 2019

Respectfully submitted,

/s/Louis I. Mussman           .
Louis I. Mussman, Esq.
Florida Bar No. 597155
KU & MUSSMAN P.A.
18501 Pines Blvd.
Suite 209-A
Pembroke Pines, FL 33029
Tel:  305-891-1322
Fax:  305-891-4512
louis@kumussman.com

*Attorneys for Plaintiff*

Respectfully submitted,

/s/ Daniel Buigas           .
Daniel Buigas, Esq.
Florida Bar No. 98293
daniel@lamelaslaw.com
Gustavo Lamelas, Esq.
Florida Bar No. 995983
gus@lamelaslaw.com
Lamelas Law, PA
2525 Ponce de Leon Blvd., Ste. 300
Coral Gables, Florida 33134
Tel: (305) 395-4010

*Attorneys for Defendant*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of October, 2019, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Gustavo Lamelas, Esq.
Daniel Buigas, Esq.
Lamelas Law, PA
2525 Ponce de Leon Blvd., Ste. 300
Coral Gables, Florida 33134

           By: /s/ Louis I. Mussman
              Louis I. Mussman, Esq.